

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| T & T STAFF MANAGEMENT, INC., | § | No. 08-24-00085-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| MARIA DE JESUS GARCIA, | § | of El Paso County, Texas |
| Appellees. | § | (TC#2023-DCV-1674) |

## <u>MEMORANDUM OPINION</u>

Before this Court is Appellant T & T Staff Management Inc.'s unopposed motion for voluntary dismissal. *See* Tex. R. App. P. 42.1(a)(1) (allowing appellate courts to dismiss an appeal on the motion of the appellant). The motion states that the parties have reached a compromise and resolved all issues between them. Appellant asks that we dismiss the appeal. Accordingly, the motion is granted, and this appeal is dismissed. *See* Tex. R. App. P. 42.1(a)(1). Costs of the appeal are taxed against Appellant. *See* Tex. R. App. P. 42.1(d).

JEFF ALLEY, Chief Justice

June 25, 2024

Before Alley, C.J., Palafox and Soto, JJ.